*Form 264* (1/25)–doc 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Kyra Jennifer Gibson<br>Debtor(s) | )<br>)<br>) | Case No. 21−10571−amc<br>Chapter 7 |
| Christine C. Shubert<br>Plaintiff | )<br>)<br>)<br>) | Adversary No. 21−00039−amc |
| v. | )<br>) | |
| Ashley Elizabeth Washington, et al.<br>Defendant | )<br>)<br>) | |

## EXEMPLIFICATION CERTIFICATE

I, Mohung Wong, clerk of the bankruptcy court for this district and keeper of the records and seal of the court, certify that the documents attached are true copies of Judgment dated November 16, 2022 in favor of plaintiff, Christine C. Shubert in her capacity as the Chapter 7 Trustee for the Estate of Kyra Jennifer Gibson and against the defendants, Ronald Jeffrey Washington, Jr. and Ashley Elizabeth Washington in the amount of Twenty−Five Thousand dollars($25,000.00) with respect to Adversary No.21−0039 now remaining among the records of the court. In testimony of this statement, I sign my name, and affix the seal of this court at Philadelphia, in the State of Pennsylvania, this _____ March 11, 2026 _____.

_____
Clerk of Bankruptcy Court

I, Ashely M. Chan, bankruptcy judge for this district certify that Mohung Wong is and was at the date of the above certificate clerk of the bankruptcy court for this district, duly appointed and sworn, and keeper of the records and seal of the court, and that the above certificate of the clerk and the clerk's attestation are in due form of law.

_____
Date

_____
Bankrupcty Judge

I, Mohung Wong, clerk of the bankruptcy court for this district and keeper of the seal of the court, certify that the Honorable Ashely M. Chan is and was on the date of the above certificate a judge of this court, duly appointed and sworn; and that I am well acquainted with this handwriting and official signature and know and certify the signature written above to be that of the judge. In testimony of this statement, I sign my name, and affix the seal of the court at Philadelphia, the state of Pennsylvania, this _____ 3/18/26 _____.

Clerk of Bankruptcy Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| KYRA JENNIFER GIBSON | : | BANKRUPTCY NO. 21-10571(ELF) |
| | : | |
| Debtor | : | |
| | : | |
| CHRISTINE C. SHUBERT, in her capacity as the Chapter 7 Trustee for the Estate of KYRA JENNIFER GIBSON | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | ADVERSARY NO. 21-39(ELF) |
| | : | |
| RONALD JEFFREY WASHINGTON, JR. and ASHLEY ELIZABETH WASHINGTON | : | |
| | : | |
| Defendants | : | |
| | : | |

## CONSENT JUDGMENT

It is hereby **STIPULATED** and **AGREED**, by and through undersigned counsel for the parties, that pursuant to the Settlement Agreement and Mutual Release between the parties, **JUDGMENT** is hereby entered in favor of plaintiff, Christine C. Shubert in her capacity as the Chapter 7 Trustee for the Estate of Kyra Jennifer Gibson (the "Plaintiff"), and against the defendants, Ronald Jeffrey Washington, Jr. and Ashley Elizabeth Washington (collectively, the "Defendants"), in the amount of Twenty-Five Thousand Dollars ($25,000.00) less all payments made by the Defendants to the Plaintiff.

KARALIS PC

By:_____
    Robert W. Seitzer, Esquire
    1900 Spruce Street
    Philadelphia, PA 19103
    (215) 546-4500
    Attorneys for the Plaintiff

CIBIK & CATALDO, P.C.

By:_____
    Michael A. Cataldo, Esquire
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    (215) 735-1060
    Attorneys for the Defendants

BY THE COURT:

_____
ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE

Date: **November 16, 2022**

Generated: Mar 18, 2026 3:32PM                                                                 Page 1/1



# U.S. Bankruptcy Court

## Pennsylvania Eastern Bankruptcy - Philadelphia

THIS IS A COPY

Receipt Date: Mar 9, 2026 2:59PM

Deconicini McDonald Yetwin & Lacy P.C.
2525 S. Broadway Blvd
Ste 201
Tuscon, AZ 85716

Rcpt. No: 20001901                  Trans. Date: Mar 9, 2026 2:59PM                  Cashier ID: #DR (4340)

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|----|-------------|----------------------|-----|-------|-----|
| EX | Exemplification | 21-00039-amc | 1 | 24.00 | 24.00 |
| EX | Exemplification | 21-00039-amc | 1 | 24.00 | 24.00 |

| CD | Tender | | | Amt |
|----|--------|--|--|-----|
| CH | CHECK | #8137 | 03/9/2026 | $48.00 |

Total Due Prior to Payment: $48.00

Total Tendered: $48.00

Total Cash Received: $0.00

**Judge:** amc **Case:** 21-00039-amc

**Debtor:** Shubert v. Washington et al

**341 Meeting:** Date Not Available

**Judge:** amc **Case:** 21-00039-amc

**Debtor:** Shubert v. Washington et al

**341 Meeting:** Date Not Available

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.