*Form 264* (1/25)–doc 27 – 24

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Kyra Jennifer Gibson<br>    Debtor(s) | )<br>)<br>) | Case No. 21–10571–amc<br>Chapter 7 |
| Christine C. Shubert<br>Plaintiff | )<br>)<br>) | |
| v. | )<br>) | Adversary No. 21–00039–amc |
| Ashley Elizabeth Washington, et al.<br>Defendant | )<br>)<br>) | |

## EXEMPLIFICATIONCERTIFICATE

I, Mohung Wong, clerk of the bankruptcy court for this district and keeper of the records and seal of the court, certify that the documents attached are true copies of

Judgment dated November 16, 2022 in favor of plaintiff, Christine C. Shubert in her capacity as the Chapter 7 Trustee for the Estate of Kyra Jennifer Gibson and against the defendants, Ronald Jeffrey Washington, Jr. and Ashley Elizabeth Washington in the amount of Twenty–Five Thousand dollars($25,000.00) with respect to Adversary No.21–00039 now remaining among the records of the court. In testimony of this statement, I sign my name, and affix the seal of this court at Philadelphia, in the State of Pennsylvania, this
_May 27th, 2026_ .

_____
Clerk of Bankruptcy Court

I, Ashely M. Chan, bankruptcy judge for this district certify that Mohung Wong is and was at the date of the above certificate clerk of the bankruptcy court for this district, duly appointed and sworn, and keeper of the records and seal of the court, and that the above certificate of the clerk and the clerk's attestation are in due form of law.

_May 27th, 2026_

_____     _____
      Date                    Bankruptcy Judge

I, Mohung Wong, clerk of the bankruptcy court for this district and keeper of the seal of the court, certify that the Honorable Ashely M. Chan is and was on the date of the above certificate a judge of this court, duly appointed and sworn; and that I am well acquainted with this handwriting and official signature and know and certify the signature written above to be that of the judge. In testimony of this statement, I sign my name, and affix the seal of the court at Philadelphia, the state of Pennsylvania, this _May 27th, 2026_ .

_____
Clerk of Bankruptcy Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| KYRA JENNIFER GIBSON | BANKRUPTCY NO. 21-10571(ELF) |
| Debtor | |
| CHRISTINE C. SHUBERT, in her capacity as the Chapter 7 Trustee for the Estate of KYRA JENNIFER GIBSON | |
| Plaintiff | |
| v. | ADVERSARY NO. 21-39(ELF) |
| RONALD JEFFREY WASHINGTON, JR. and ASHLEY ELIZABETH WASHINGTON | |
| Defendants | |

## CONSENT JUDGMENT

It is hereby STIPULATED and AGREED, by and through undersigned counsel for the parties, that pursuant to the Settlement Agreement and Mutual Release between the parties, JUDGMENT is hereby entered in favor of plaintiff, Christine C. Shubert in her capacity as the Chapter 7 Trustee for the Estate of Kyra Jennifer Gibson (the "Plaintiff"), and against the defendants, Ronald Jeffrey Washington, Jr. and Ashley Elizabeth Washington (collectively, the "Defendants"), in the amount of Twenty-Five Thousand Dollars ($25,000.00) less all payments made by the Defendants to the Plaintiff.

KARALIS PC

By: _____
        Robert W. Seitzer, Esquire
        1900 Spruce Street
        Philadelphia, PA 19103
        (215) 546-4500
        Attorneys for the Plaintiff

CIBIK & CATALDO, P.C.

By: _____
        Michael A. Cataldo, Esquire
        1500 Walnut Street, Suite 900
        Philadelphia, PA 19102
        (215) 735-1060
        Attorneys for the Defendants

BY THE COURT:

_____

**ERIC L. FRANK**
**UNITED STATES BANKRUPTCY JUDGE**

Date:  November 16, 2022



# U.S. Bankruptcy Court

## Pennsylvania Eastern Bankruptcy - Philadelphia

Receipt Date: May 27, 2026 9:21AM

DeConcini McDonald Yetwin and Lacy PC
2525 E. Broadway Blvd
Suite 201
Tucson, AZ 85716

Rcpt. No: 20002133 | Trans. Date: May 27, 2026 9:21AM | Cashier ID: #CW (4354)

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|----|-------------|----------------------|-----|-------|-----|
| EX | Exemplification | 21-10571-amc | 1 | 24.00 | 24.00 |
| EX | Exemplification | 21-00039-amc | 1 | 24.00 | 24.00 |

| CD | Tender | | | Amt |
|----|--------|--|--|-----|
| CH | CHECK | #8295 | 05/27/2026 | $48.00 |

| | |
|--|--|
| Total Due Prior to Payment: | $48.00 |
| Total Tendered: | $48.00 |
| Total Cash Received: | $0.00 |

**Judge:** amc **Case:** 21-10571-amc

**Debtor:** Kyra Jennifer Gibson

**341 Meeting:** Date Not Available

**Judge:** amc **Case:** 21-00039-amc

**Debtor:** Shubert v. Washington et al

**341 Meeting:** Date Not Available

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.